**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

_____

**No. 02-41391**
**Summary Calendar**

_____

**JOHN T. HILLIS,**

**Plaintiff-Appellant,**

**versus**

**KYLES S. MORRISON,**

**Defendant-Appellee.**

_____

Appeal from the United States District Court
for the Eastern District of Texas
(2:02-CV-207)

_____

March 18, 2003

Before JONES, STEWART and DENNIS, Circuit Judges.

PER CURIAM, Circuit Judge:[*]

The district court dismissed this legal malpractice action for want of federal subject matter jurisdiction. This dismissal was plainly correct because Hillis does not allege diverse citizenship between him and attorney Kyle Morrision nor does he allege a sufficient amount in controversy.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

The appeal is frivolous, see Fifth Civ. Local Rule 42.2, and must be **DISMISSED**.